No. 94–1068. GREAVES v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–1069. MORGAN v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–1071. VERDUGO-URQUIDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1078. SCOLIERI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–1083. KOEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–1095. ENRIQUEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5144. ANDREWS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5352. MOORE v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–5634. SMITH v. FARLEY, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–5837. PITTMAN v. AHITOW, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94–5846. BURKS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–6011. NORMAN v. TAYLOR. C. A. 4th Cir. Certiorari denied.

No. 94–6093. LUCAS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–6136. NICHOLS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 94–6230. MOORE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.